**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                         Case No: 17-31850-DHW
JAMES ANDREW NAUGHTON                                  Chapter 13
LISA LYNN NAUGHTON
           Debtor(s)

---

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

---

      The debtor's Chapter 13 case was filed on June 30, 2017. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, September 18, 2017, and on that date the Court ordered the plan confirmed.

      Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

      Amount of debtor(s) plan payments:
      **DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| JAMES ANDREW NAUGHTON | UAB HEALTH SYSTEM | 1,270.00 | MONTHLY | 07/30/2017 |
| JAMES ANDREW NAUGHTON | UAB HEALTH SYSTEM | 1,275.00 | MONTHLY | 08/23/2017 |

      Period of payments: 58 months or until 100.00% is paid on allowed unsecured claims.

        Payable to:      **Chapter 13 Trustee**
                             **P. O. Box 613108**
                             **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

**ADMINISTRATIVE EXPENSES**

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,250.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $3.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $0.00 |
| Clerk of Court | Filing Fee | $260.00 |

**SECURED, PRIORITY AND SPECIAL CLAIMS**

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | Y | $10,000.00 | 4.25 % | $1,162.00 |

**Priority**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| STATE OF ALABAMA | N | $1,192.79 | 0.00 % | $30.00 |

In re
JAMES ANDREW NAUGHTON
LISA LYNN NAUGHTON
       Debtor(s)

Case No: 17-31850-DHW
Chapter 13

3.   Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Tuesday, September 19, 2017.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Tuesday, September 19, 2017.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee